UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Jonathan Triminio
Mag. No. 12-6576 (JAD)

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Jonathan Triminio** is now confined at the Passaic County Correctional Facility.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katherine S. Hayden, U.S. District Judge, on October 22, 2012, at 11:30 a.m., for a plea hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 15, 2012

Rahul Agarwal
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: October 16th, 2012

Hon. Katherine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Passaic County Jail:
WE COMMAND YOU that you have the body of

**Jonathan Triminio,**

now confined at the Passaic County Jail, brought before the United States District Court, the Hon. Katherine S. Hayden, U.S. District Judge, in the United States Post Office and Courthouse in NEWARK, NJ, on October 22, 2012 at 11:30 a.m., so that he may attend his plea hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katherine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: October 16, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk